UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTIM ONE, A PSEUDONYM,<br><br>           Plaintiff,<br>v.<br><br>JOHN DOE,<br>           Defendant. | Case No.: 3:23-cv-04610<br><br>**PLAINTIFF, VICTIM ONE'S<br>EX PARTE MOTION TO PROCEED<br>UNDER A PSEUDONYM**<br><br>**[N.D. Civ. L.R. 7-10]** |

**PROPOSED ORDER**

The Court, having considered Plaintiff Victim One's ("Plaintiff's") *Ex Parte* Motion to Proceed Anonymously, hereby GRANTS the Motion. Therefore:

IT IS HEREBY ORDERED that Plaintiff and all other litigants or third parties subpoenaed in this case proceed in this matter using the pseudonym, Victim One, to reference Plaintiff on all briefings and filings before the Court.

IT IS SO ORDERED.

Dated this _____ day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE